CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 1 2 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

UNITED STATES OF AMERICA

Vs.   Criminal Action No. 4:98CR70079-001

Thomas Edward Deshazo

## ORDER

It appearing to the court, through notification pursuant to 18 U.S.C. § 3572(d)(3), that a change in the defendant's economic circumstances has occurred and has affected the defendant's ability to pay the fine originally imposed on November 5, 1999, it is hereby

## ORDERED

that the payment schedule currently in effect be adjusted to require monthly installments of $50.00, unless the defendant or the government files and serves an objection in writing within 10 days.

Entered this 12th day of September, 2005.

Jackson L. Kiser
Senior United States District Judge